IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAMILTON BROWN, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 15-1439 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Lisa Pupo Lenihan |
| KRISTIN VALSUKA, *et. al*, | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM ORDER**

This case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On November 16, 2015, the Magistrate Judge issued a Report (Doc. 2) recommending that "Hamilton Brown's"[1] ("Petitioner's") Motion for Leave to Proceed in Forma Pauperis be dismissed because it lacks the required supporting documentation; pursuant to the three strikes rule of 28 U.S.C. § 1915(g); and as in violation of Judge Nora Barry Fischer's Court Order in Civil Action No. 13-1198 (Doc. 10). Service of the Report and Recommendation was made on the parties[2], and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

---

[1] Judge Lenihan notes that "Hamilton Brown" is an alias for Frederick Banks. (Doc. 2).

[2] A copy of the R&R was sent to the "Hamilton Brown" at the address provided in the filings, as well as to Frederick Banks, #120759, Allegheny County Jail, 950 2nd Avenue, Pittsburgh, PA 15219.

Petitioner's Motion for Leave to Proceed in Forma Pauperis (**Doc. 1**) is **DENIED**, and this action is dismissed without prejudice to Plaintiff's right to reopen it by paying the full $400.00 filing fee. The Report and Recommendation of the Magistrate Judge, dated November 16, 2015, hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

January 14, 2016                                s\Cathy Bissoon
                                                Cathy Bissoon
                                                United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

FREDERICK BANKS
# 120759
950 2nd Ave.
Pittsburgh, PA 15219